FULL NAME
Abraham Kim

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
17119 Stark Ave

Cerritos, CA 90703

PRISON NUMBER (if applicable)



FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abraham Kim                    PLAINTIFF, | CASE NUMBER  2:25cv 02874-CAS-JC |
| v. | *To be supplied by the Clerk* |
| City of Los Angeles, Los Angeles Department of Mental Health, Mayor Karen Bass         DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)* |
| | ☐ 42 U.S.C. § 1983 |
| | ☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes    ☐ No

2.  If your answer to "1." is yes, how many? 1 PRE-TRIAL

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    I was arrested for couple charges in Noember while I was being treated for my personal injuries. First off the charges were fabricated to someone who fit the description of depressed weed-smoking psychopath and the staff in jail were communing with criminals and giving them priority access to outside contraband... While Im stuck in my dorm without a bed and a court date pending a non-existent trial to wasting what should be the best moments of my life but I chose to save some thing worth more than what one person couldnt have done a million years ago... is to feed thousands with some fish and some bread...

    In fear of getting assaulted by the guards and inmates, the best case senario is to try to call my attorney...

a. Parties to this previous lawsuit:

Plaintiff ___Abraham Kim___

Defendants __LASD , Jailer Garcia___

b. Court __United States District Court, Western division of California___

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Assigned to higher Judge___

f. Issues raised: __Civil rights violations in Jail and Jail Conditions / Saftey and Sanitation Title 15 California Code of Regulations___

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not I did not think it was necessary to do the extra step to file anything if the harassment is being done at the same time as the work entails; mental heath psychologists of the world...

   In Northern LA, everything is burned down, who is the one to blame? Explosions on the other side of the world...

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not Complaints and notices can and will be filed upon discovery and until claim information gathering is complete.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Abraham Kim

(print plaintiff's name)

who presently resides at 17119 Stark Ave Cerritos CA 90703

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

My home on Stark Ave and on Oak street in Torrance where the civil violations took place while the drugs are burning in the pipes.

(institution/city where violation occurred)

on (date or dates) ___November 2023___, ___June 2023___, ___May 2023___.
                      (Claim I)              (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  Dr. Sandra Preciado _____ resides or works at
              (full name of first defendant)

   3300 Civic Center Dr. N, Torrance, CA 90503 _____
   (full address of first defendant)

   Psychologist _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Without authoritative jurisdiction and unknown knowldege about the area were there are flowers sporuting, chop a tree down

It is against the law to take a life, and even unknowingly spread delusion and poison to the city...coming from drug mules

2. Defendant  Dwayne Washington _____ resides or works at
              (full name of first defendant)

   LACDMH _____
   (full address of first defendant)

   Mental Health Services Coordinator _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

It is unlawful to invade someone's privacy without their consent and ask if they are hearing what they are hearing or seeing

what they are seeing without knowledge between central and peripheral discrepancies in systematic psychological tendencies

3. Defendant  Karen Bass _____ resides or works at
              (full name of first defendant)

   200 N Spring St #303, Los Angeles, CA 90012 _____
   (full address of first defendant)

   Mayor of LA _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

Everyone makes mistakes when they haven't slept for 24 hours or finding Gsus# on the scale, but the level of carelessness and

stupidity costs extra brain work for the wrappers, foil, and syringes all over the floor. Wasting time on promoting...

4. Defendant Officer Padilla 22883 _____ resides or works at
   (full name of first defendant)

   3300 Civic Center Dr N, Torrance 90503
   (full address of first defendant)

   Police Officer
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

Given that I have a invisible warrant, officer is in fault of investigative error, manhandling, and disregard for injuries.

Is the needle supposed to go in first for the car supposed to be hit first or hijacked*

5. Defendant _____ resides or works at

   (full name of first defendant)

   (full address of first defendant)

   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

If air goes in your lungs and out, does it come out the same density? If you invest your idea or money into a business or a non-profit and someone comes and manipulates your idea and promotes discriminatory conduct focusing on homelessness and potholes on a $12.8B dollar budget, settling contracts includes deficits... It is contractual fraud and false claim violation when making claims to entitlement to debt... If the fraud constitutes filing a fallacious claim to the government to obtain money to which you are not entitled to, it is a violation of the false claims act and are subject to persecution in court. What is the percentage of someone being homeless rise out of homelessness... 50/50... whats the percentage of someone robbing a store... 50/50... or someone dying on the street... 50/50... bring them to the Hospital... If one man can change the world. If love was a word locked for eternity, would the fate of the one man and his cooking ability be hippocrisy when 2 men couldn't even come to close to his intelligence. The project I was developing and gathering samples and evidence of their dirt during afterhours and the contracts are based off of debt and a blind hope that people can use drugs and live to 100...

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The psychologist at Kaiser Mental health center told me that they are in conjunction with the LACDMH and treatment schedules go back and forth depending on "Active" status... Babies don't talk till they're told too. Because of the uneducated program ideas that are supposed to help low income are endorsed by low income doesn't make sense...

(1) Stop endorsing Mental health Court or programs for people who are homeless or for civil commitments. This is fraudulent activity as the claims would be all different... If schizophrenia was an objective disorder.

(2) Stop endorsing programs for classes [low income / High income] If someone has some thing they lost, they can come to court and file a claim...

(3) Make public all the accounting for the homeless fund and homeless housing projects down to the labor costs... I know nothing is free Not even the needles and KFC?

(4) Give homeless profile and information to police department...

So that they can expunge my charge(s) and arrest the fraudsters... *All proceeds will go to law enforcement in development of Motion Activated Cameras...

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Since 2020 I have been telling the Police department and Mental Health workers that there is Nothing that can beat a motion sensored camera with solar-powered lights Hallelujah to the Sun. Because of lack of training and stupidity certain officials can't seem to see the future... Solving the homeless crisis is probably the easiest thing to do in one day can a truck pickup everyone on the street... That's why hospitals and the County Jail are in place for people who have mental problems Can check in or to recieve other services... If you read the news Its not Its bright in Los Angeles, high 80s all week a maybe a bit of a drizzle on the weekend , Its more like Gay kids and Trans youth are rallying for an event..., Israel bombed beirut... and protests are happening in los Angeles... and the mayor is putting a heavy influence on mental health, kind of like martial law and if your in it you can't escape it until its feeding time, The Homeless are hungry , and you give them food ... You give them medicine when they are injured... and even a house when they have no Roof... but have no Jurisdiction to explain the detriment of homelessness is neglectful behavior and Conduct as Mayor of Los Angeles. To disregard what LA is and what LA can be today without the discrimatory influence and coercion of the government, forming groups outside of Capital/Ventures is illegal and is and will be considered as espionage against the U.S. Government, Where hard earned money is paid for hard work... gathering, transmitting, or losing defense-related information with the intent to harm the U.S. or aid a foreign nation is related to the injury of the United States or the advantage of any foreign nation. - Relating to numerous intelligence operations and assets ( Easier to build Electric cars... - harm U.S. National Security    Everything has pollution... )

I am suing the County of Los Angeles and Mayor Karen Bass for intentionally harming the Safety of LA Residents and transmitting and aiding in discrimatory activity, Coercing the government for money for the most useless and undemographical assets and programs PART 1...

10/27/25
_____
(Date)

_____
(Signature of Plaintiff)